FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 MAR -5  PM 4: 11

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MICHAEL TAYLOR** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-3798** |
| **BURL CAIN, WARDEN** | **SECTION "N"(2)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Michael Taylor for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 5th day of March, 2007.

UNITED STATES DISTRICT JUDGE

___ Fee___
___ Process___
_X_ Dktd___
___ CtRmDep___
___ Doc. No.___